IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BYJU'S ALPHA, INC., | ) | Bankruptcy Case No. 24-10140-JTD |
| | ) | Bankr. BAP No. 24-00015 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| BYJU'S ALPHA, INC., | ) | |
| | ) | |
| Plaintiff and Appellee, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-358-MN |
| | ) | |
| CAMSHAFT CAPITAL FUND, LP, | ) | |
| CAMSHAFT CAPITAL ADVISORS, LLC, | ) | |
| CAMSHAFT CAPITAL MANAGEMENT, | ) | |
| LLC, RIJU RAVINDRAN and | ) | |
| INSPILEARN LLC, | ) | |
| Defendants and Appellants. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **25th day of April 2024**,

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue

1

an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

>Appellants' Opening Brief due thirty (30) days from the date of the order removing this matter from the Court's mandatory mediation process
>
>Appellees' Opening Brief due thirty (30) days following receipt of the Appellants' Opening Brief
>
>Appellants' Reply Brief due fifteen (15) following receipt of the Appellees' Opening Brief

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE