# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1828

In re: BYJUs Alpha Inc

(U.S. District Court No.: 1:24-cv-00492, 1:24-cv-00358 & 24-ap-50013)

# ORDER

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellants failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    August 05, 2025
JK/cc:    William B. Adams, Esq.
Robert S. Brady, Esq.
Kenneth J. Enos, Esq.
Benjamin Finestone, Esq.
Lisa M. Geary, Esq.
Julia B. Klein, Esq.
Randall C. Lohan,
Pieter H.B. Van Tol III, Esq.



A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate