# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. <u>25-1828</u>

In re: BYJUs Alpha Inc

(District Court/Agency No.: 1:24-cv-00492, 1:24-cv-00358, 24-ap-50013)

## O R D E R

It appearing that the Order entered 08/05/2025 dismissing this action for failure to timely prosecute was issued in error,

it is O R D E R E D that the Order entered 08/05/2025 is hereby vacated and the case is reinstated.

For the Court,

s/ Patricia S. Dodszuweit,
Clerk

Dated: August 5, 2025
JK/cc: William B. Adams, Esq.
  Robert S. Brady, Esq.
  Kenneth J. Enos, Esq.
  Benjamin Finestone, Esq.
  Lisa M. Geary, Esq.
  George W. Hicks, Jr., Esq.
  Laura D. Jones, Esq.
  Peter J. Keane, Esq.
  Julia B. Klein, Esq.
  Pieter H.B. Van Tol, III, Esq.



**A True Copy:**

Patricia S. Dodszuweit, Clerk